UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| JIAXIANG WEI, Individually and On Behalf of All Others Similarly Situated, | : | 18-cv-07625 (PKC) |
| | : | |
| | : | ECF Case |
| Plaintiff, | : | Electronically Filed |
| | : | |
| vs. | : | |
| | : | |
| PINDUODUO INC., ZHENG HUANG, TIAN XU, LEI CHEN, ZHENWEI ZHANG, JUNYUN XIAO, HAIFENG LIN, ZHEN ZHANG, NANPENG SHEN, and JIANMING YU, | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF DEFENDANT PINDUODUO INC.'S MOTION TO DISMISS
THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the Consolidated Amended Class Action Complaint, filed February 22, 2019 (ECF No. 46); the Memorandum of Law, dated April 2, 2019, submitted herewith; the Declaration of Robert A. Fumerton, dated April 2, 2019, and exhibits thereto, submitted herewith; and upon all prior papers and proceedings herein, Defendant Pinduoduo Inc. will move this Court, before the Honorable P. Kevin Castel, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6) and Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(b) (added by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, § 101(b)), for an Order dismissing the Consolidated Amended Class Action Complaint in its entirety with prejudice and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
April 2, 2019

Respectfully submitted,

/s/ Robert A. Fumerton
Scott D. Musoff
(scott.musoff@skadden.com)
Robert A. Fumerton
(robert.fumerton@skadden.com)
Michael C. Griffin
(michael.griffin@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for Defendant Pinduoduo Inc.*