# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

KERRY ASAY and JOHAN JOHAN

                        Plaintiffs,

-against-                                 18 **CIVIL** 7625 (PKC)

PINDUODUO INC., ZHENG HUANG, TIAN XU,      **JUDGMENT**
LEI CHEN, ZHENWEI ZHANG, JUNYUN
XIAO, HAIFENG LIN, ZHEN ZHANG,
NANPENG SHEN and JIANMING YU,

                        Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2020, Defendants' motion to dismiss is granted in its entirety; judgment is entered for Defendants' and the case is closed.

**Dated:** New York, New York
         March 31, 2020

                                                **RUBY J. KRAJICK**
                                           _____
                                           **Clerk of Court**
                 **BY:**
                                           _____
                                           **Deputy Clerk**